Rosario A. FIORANI, JR., a/k/a Ross A. Fiorani, Jr., Plaintiff–Appellant,

v.

Christopher Scott JONES, Debtor–Appellee,

and

U.S. Trustee; David R. Ruby, Trustees.

No. 13–2186.

United States Court of Appeals, Fourth Circuit.

Submitted: March 25, 2014.

Decided: March 27, 2014.

Rosario A. Fiorani, Jr., Appellant Pro Se.

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosario A. Fiorani, Jr., appeals the district court's order denying relief on his "Memorandum of Law to Reverse Debtor's Discharge on Fraudulent Petition and all Conduct Thereafter." We have reviewed the record and find no reversible error. Accordingly, while we grant Fiorani's motion to proceed in forma pauperis on appeal, we affirm for the reasons stated by the district court. *Fiorani v. Jones,*

No. 4:11–cv–00038–RAJ–TEM (E.D. Va. filed Sept. 3, 2013; entered Sept. 6, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*